

# Complaint

United States Bankruptcy Court Clerk / Honorable Robert A. Mark

Chapter 13 Trustee / Nancy K. Neidich

RE: Doris King
    1001 NW 90th Street
    Miami, FL. 33150



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

MAY - 2 2014

FILED     RECEIVED

Case No. 13-14829-BKC-RAM

NOTICE IS HEREBY GIVEN THAT:

I am in receipt of a letter from your office dated April 9th, 2014. This debtor, Doris King received the aforementioned check # 520346 in the in the sum of $2510.68, dated May 21, 2013. Additionally, $3,684.89 (cashier's check) and $1,500.00 (attorney's fee) was submitted to attorney Yoni Markhoff to reinstate my bankruptcy and avoid foreclosure of my home. Shortly after discovering my initial bankruptcy was dismissed (April 23, 2013) due to the negligence and malfeasance of my first attorney, Andrew Bellinson.

All cashier's checks were valid when rendered to Mr. Markhoff for services that were never provided. See, Mr. Markhoff never followed through with filing the necessary paperwork after the judge approved the motion to reinstate my bankruptcy. Once again, negligence prevailed; I lost my home on August 22, 2013 to foreclosure sale.

On October 23, 2013, Mr. Markhoff told me there was a check waiting for me to pick up or he could mail it. I chose to go and pick up the check. The same day I deposited the cashier checks into my Bank of America account located just downstairs from Mr. Markhoff's office, with the exception of the check for $2,510.68 because it had expired. I immediately took the check back to Mr. Markhoff and he advised me he would have the check reissued. There are other monies that were promised after I lost my house and I am still waiting.

\* 6 pages total

Mr. Markhoff has been negligent and disingenuous in his actions concerning my case. I have communicated via email and phone requesting information and updates and he has yet to properly respond or reply with adequate information. His responses are vague and elusive in nature which compels that he has and continues to be deceitful. Mr. Markhoff has not informed me or provided any written explanation as to why I lost my house to foreclosure. It's like I paid attorneys to "Hinder" me, not "Help" me! They muddy the water! They operate on the fringes of society, unburdened by the confines of morality and conscience. No one should have to suffer such an injustice!

This type of misconduct is unethical and illegal and stiff penalties should be appropriated, if not disbarred.

Respectfully submitted

*/s/ Doris King*

Doris King

Dotti.king@yahoo.com
Phone: 305-562-1732


Cc: Nancy K. Neidich/Trustee 13 Bankruptcy
   United States Bankruptcy Court Clerk/Honorable Robert A. Mark
   Florida Bar Association Reference No. 14-17400

**Bank of America**    Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

Thank you for banking with Bank of America.
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

```
Tran 00127D  10/23/2013     16:08
Entity NFL  CC 0109377 Tlr 08006
Account        **********5894
R/TH 540590135
Deposit                         $2,456.68
```

Member FDIC
95-14-2005B  10-2012

---

NANCY K. NEIDICH
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 278783
MIRAMAR, FL 33027

64-79/611    520346

DATE: MAY 21, 2013

PAY EXACTLY 2510 DOLLARS AND 68 CENTS            *****2,510.68

VOID AFTER 90 DAYS

TO THE ORDER OF
DORIS KING
50 NE 93 ST
MIAMI, FL
33138



**WARNING**
Original check is printed on chemical reactive paper. Void appears if copied. Microprint signature line, Red bleed thru arabic and micr numbering. True watermark, Fluorescent fibers, Laid lines With Trustee Name.

SUNTRUST

FOR: CRED NO:000000   CLM NO: 0000
     DORIS                 KING
     CASE NO: 1314829   ACCT:

CHAPTER 13 TRUSTEE

⑈520346⑈ ⑆061100790⑆ 0000057501120⑈

---

**Bank of America**    Cashier's Check    No. 8847453

30-1/1140
NTX

SHORES VILLAGE

0002717  00011  8808813453     DORIS KING
                         Remitter (Purchased By)

$  **2456.68**

Pay To The Order Of    NANCY NEIDICH
                       P.O. BOX 5101502577

Authorized Signature

Bank of America, N.A.
San Antonio, Texas        VOID AFTER 90 DAYS

⑈8847453⑈ ⑆114000019⑆ 0016410020628⑈

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

| | |
|---|---|
| Subject: | Fw: Unclaimed Funds |
| From: | Doris King (dotti.king@yahoo.com) |
| To: | mikelinde53@gmail.com; |
| Date: | Thursday, April 17, 2014 11:36 AM |

On Monday, April 14, 2014 1:42 PM, Shakira Samalot <shakira@markhoffpa.com> wrote:
Good Afternoon Ms King

Per our conversation, please find attached the documentation that requires your attention regarding the unclaimed funds for you. You must print out all the attached forms, sign (notarize the necessary documents) and return originals to me at your earliest convenience. Please make sure you don't modify any of the documentation because the court is very specific with the formatting of their documents.

I also need a legible copy of your drivers license

Should you have any questions or concerns, please feel free to contact our office (my contact information is below in my signature)

thank you for your immediate attention on this matter

Have a nice day

Kind Regards,

*Shakira Samalot*
Paralegal at:

*Direct: (786) 463-4053*
*Office: (786) 463-4463*
*Fax: (786) 364-1219*
*shakira@markhoffpa.com*
http://www.markhoffpa.com/
*1108 Kane Concourse*
*Suite 206*
*Bay Harbor Islands, FL 33154*

*-"You can always DO MORE than you think you can." - John Wooden*

**_The best compliment you could give is referring us to an acquaintance of yours._**

To send documents pursuant to a Bankruptcy please send to: bkdocs@markhoffpa.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

- Affidavit_of_Claimant_(LF-28)-1.doc
- ApptoWthdrwUnclmd Fnds.docx
- OrderUnclaimedFunds(LF-29).rtf
- PowerOfAttorney.pdf