

**ORDERED in the Southern District of Florida on October 17, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |  |
|---|---|---|
| In re: | ) | CASE NO. 13-14829-RAM |
|  | ) | CHAPTER   13 |
| DORIS KING, | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**ORDER ON DEBTOR'S**
**EMERGENCY MOTION TO REQUIRE**
**ATTORNEY TO RETURN FEES AND DEPOSIT CHECK**

The Court conducted a hearing on October 16, 2014, on Debtor's Emergency Motion to Require Attorney to Return Fees and Deposit Check ("Debtor's Motion")[DE# 58]. After consideration of the record, including the Debtor's Motion, the Attorney's Response to Debtor's Motion for Fees (the "Response") [DE# 62],

filed by Debtor's former counsel, Jonathan Markhoff, and for the reasons stated on the record, which are incorporated here by reference, it is –

**ORDERED** as follows:

1.    Debtor's Motion is granted in part.   Mr. Markhoff shall immediately deliver to the Debtor a reissued check in the amount of $15,885, the undisputed portion of the funds that Mr. Markhoff was ordered to pay the Debtor pursuant to the Court's May 28, 2014 Order on Motion for Sanctions [DE# 52].[1]

2.    The Court reserves ruling on the amount of attorney's fees, if any, Mr. Markhoff may retain for services he rendered to obtain the excess foreclosure sale proceeds subject of this Order.

3.    By October 27, 2014, Mr. Markhoff shall file and serve a Notice of Fees attaching detailed time records supporting his request to withhold $4,585 in payment of attorney fees.

4.    The Court will review the Notice of Fees and enter a supplemental Order awarding fees and directing Mr. Markhoff to pay the Debtor any portion of the $4,585 not awarded by the Court.

### 

---

[1] Mr. Markhoff handed Ms. King a check in this amount at the conclusion of the hearing.

COPIES TO:

Jonathan Y. Markhoff, Esq.

Doris King
P.O. Box 610474
N. Miami, FL  33261