

**ORDERED in the Southern District of Florida on October 31, 2014.**

                                                  Robert A. Mark, Judge
                                                  United States Bankruptcy Court

_____

```
                UNITED STATES BANKRUPTCY COURT
                  SOUTHERN DISTRICT OF FLORIDA
```

|                          |   |                              |
|--------------------------|---|------------------------------|
| In re:                   | ) | CASE NO. 13-14829-RAM        |
|                          | ) | CHAPTER  13                  |
| DORIS KING,              | ) |                              |
|                          | ) |                              |
|           Debtor.        | ) |                              |
|                          | ) |                              |

**ORDER AWARDING COMPENSATION AND**
**<u>DIRECTING TURNOVER OF REMAINING FUNDS</u>**

On October 17, 2014, the Court entered its Order on Debtor's Emergency Motion to Require Attorney to Return Fees and Deposit Check (the "Oct. 17th Order") [DE# 64]. Pursuant to the Oct. 17th Order, Attorney Jonathan Markhoff was authorized to

retain $4,585 of the surplus foreclosure funds pending the Court's determination of reasonable compensation for legal fees incurred in obtaining the surplus foreclosure funds.

On October 21, 2015, Mr. Markhoff filed his Notice of Filing of Attorney's Fees (the "Fee Application") [DE# 65]. The Court has reviewed the Fee Application and finds that the amount requested should be reduced because the Fee Application includes excessive time for services in obtaining the surplus foreclosure funds and includes time for services not related to obtaining the surplus foreclosure funds.

Based upon the record in this case, including the facts that gave rise to the May 27, 2014 Order on Motion for Sanctions [DE# 52] and upon review of the Fee Application, it is –

**ORDERED** as follows:

1. Jonathan Markhoff is entitled to retain $2,500 as reasonable compensation for the services he provided to obtain the surplus foreclosure funds.

2. Upon finality of this Order (14 days after entry on the docket unless either party seeks reconsideration or files a Notice of Appeal), Mr. Markhoff shall send the Debtor $2,085, representing the balance of the surplus foreclosure funds after payment of the fees awarded in this Order.

3. If this Order becomes final, then (1) the payment to the Debtor of $2,085 shall fully satisfy Mr. Markhoff's monetary obligations under the Order on Motion for Sanctions; and (2) the retention by Mr. Markhoff of the $2,500 awarded in this Order shall be deemed full and final payment by the Debtor to Mr. Markhoff for all services described in the Fee Application, and Mr. Marhoff may not seek further compensation for those services.

4. The Court is sending the Debtor a copy of the Fee Application with this Order, because it appears that Mr. Markhoff mailed a copy to her old address.

###

COPIES TO:

Jonathan Yoni Markhoff, Esq.

Doris King
P.O. Box 610474
N. Miami, FL  33261